HAROLD L. TUNISON and Others, Respondents, v. RICHARD WHITNEY, Appellant.— Action to recover the sum of $6,000 claimed by the plaintiffs as the accrued minimum license fee under the terms of a license contract for the year expiring November 18, 1934. The appeal is from an order granting plaintiffs' motion for summary judgment, and from the judgment entered thereon. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES KELLY, JOSEPH KELLY, THOMAS KELLY, PETER KELLY and CHESTER FIDELER, Appellants, Impleaded, etc., with Others.— Judgment convicting defendants James Kelly, Joseph Kelly and Thomas Kelly of the crime of keeping a place for the game of policy; knowingly possessing policy writings and aiding in the game of policy; and the defendants Peter Kelly and Chester Fideler of the crime of aiding in the game of policy, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

JACK STEINER, Respondent, v. JOSEPH BRAUNSTEIN, Appellant.— The action is to recover $1,190.23, the balance alleged to be due as minimum royalties under an agreement dated November 27, 1923. Determination of the Appellate Term reversing a judgment of the City Court, New York county, and directing judgment for plaintiff as demanded in the complaint, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

JENNIE WEINGARTEN and Another, Respondents, v. HENRY M. RINDER and Others, Appellants, Impleaded with Others.— Order denying motion of defendants-appellants for judgment dismissing the complaint on the ground that it fails to state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.